# UNITED STATES DISTRICT COURT

_FOR THE_ DISTRICT OF _DELAWARE_

V.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 06-655

FILED OCT 23 2006

I, _Raymond C. Bradley_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant ☒ _movant (filing 42 U.S.C. § 1983 motion)_ other

in the above–entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: _Plaintiff's 4th, 5th, 6th, 8th and 14th Amendment Rights were violated when Del. Corr. Cntr. Prison Officials confined him in the SHU, (Maximum Security), (based on false allegation), without the due process of being either charged or heard or confronted. And that in furtherance of such - he was deprived of his property, which was later destroyed and uncompensated for._

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _August 20, 2006. For the amount of $2.63 per day, for 20 day per month, totaling $52.60_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☒   No ☐
   e. Any other sources?   Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒    No ☒ ←*VOID* (Include any funds in (prison accounts).)
   If the answer is "yes," state the total value of the items owned.
   *$32.95*

4. Do you own or have an interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *October 8, 2006*      *Raymond E. Bradley*
         (Date)                              Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____ **Sussex Correctional Institution** _____
where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____
_____
_____
I further certify that during the last six months the applicant's average balance was $ _____

                    **(See attached six (6) month statement)**
                    Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving Security therefor. |
|---|---|
| _____ _____ United States Judge    Date | _____ _____ United States Judge    Date Or Magistrate |

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: _Bradley_  _Raymond_  _E_
              (Last)       (First)      (M.I.)
      SBI Number: _206914_
      Housing Unit: _MSB - 7 Tier - Cell #7_

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

................................................

Attached is your account statement for the ~~six-month~~ /week period of _08-23_, _2006_ through _08-31_, _2006_

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _77.78_ .

Attachment

_Phyllis Ridden_
Notary

Printed: 8/31/2006

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 8/23/2006 through 8/31/2006

Page 1 of 1

**SBI:** 00206914   **NAME:** BRADLEY, RAYMOND

| Date | Balance |
|---|---|
| 08/23/2006 | $0.00 |
| 08/24/2006 | $0.00 |
| 08/25/2006 | $100.00 |
| 08/26/2006 | $100.00 |
| 08/27/2006 | $100.00 |
| 08/28/2006 | $100.00 |
| 08/29/2006 | $100.00 |
| 08/30/2006 | $100.00 |
| 08/31/2006 | $100.00 |

Summary for 'SBI' = 00206914 (9 detail records)

**Average Daily Balance:** $77.78

# Current Month -- Individual Statement

Date Printed: 8/31/2006             Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00206914 | BRADLEY | RAYMOND | | | | |
| Current Location: | MULTI SEC SCU C | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 8/23/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | TINA A. MALLOY | 8/25/2006 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| Copies | | 8/30/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $100.00 |
| | | | | | Ending Mth Balance: | | $100.00 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.50)