IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAYMOND E. BRADLEY,                    *
       Plaintiff,                      *
                                          *

       V.                              *        Case No. _06 - 655_

                                          *

WARDEN THOMAS CARROLL,                  *
et al.,                                *
          Defendants.                  *

MOTION UNDER 42 U.S.C. § 1983,
REQUESTING APPOINTMENT OF
COUNSEL, PURSUANT TO 28 U.S.C
§ 1915

      COMES NOW The plaintiff, Raymond E. Bradley, Pro Se, asking of the Court to Appoint Counsel to represent him in the above matter. The plaintiff cannot afford his own counsel. And in regards to his request, he asserts the following:

      1) He believes that a factual investigation of the case will be necessary. However, that, given the defendants that he is up against, that, thereby, he does not possess the ability to pursue such investigation;

      2) The legal issues are complex. And, that;

      3) He does not possess the ability to present his own case.

      WHEREFORE, he prays that this Honorable Court grant his request for appointment of counsel.

                               _Raymond E. Bradley_
                                Raymond E. Bradley #206914
                                Sussex Corr. Inst., P.O. Box 500,
                                Georgetown, Delaware 19947

DATE: October 8, 2006