IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-655 JJF |
| | ) |
| LIEUTENANT BRUMBAUGH, | ) |
| CAPTAIN SCARBAROUGH, SECURITY | ) |
| CHIEF CUNNINGHAM, LT. RICKY | ) |
| PORTER, JOHN DOE 1, JOHN DOE 2, | ) |
| JAME MORGAN, WARDEN THOMAS | ) |
| CARROLL, AND INMATE STEVEN | ) |
| HUBBLE, | ) |
| | ) |
| Defendants. | ) |



BD scanned

## AUTHORIZATION

I, Raymond E. Bradley, SBI #206914 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $20.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _November 6,_ 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _November 12_, 2006.

_Raymond E. Bradley_
Signature of Plaintiff

I/M: #206714 Raymond E. Bradley BLDG: Medium
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570