OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 16, 2007

TO: Business Office
Inmate Account Custodian
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

RE: **Return of Check 47348, Sussex Corr. Inst.**

Check No. 47348, SCI, is returned without action. According to our records, the United States District Court issued an order on 1/10/07, in CA 06-655 JJF, which dismisses subject case and removes the requirement for payment of the filing fees.

Please call the Clerk's Office, at 302-573-6170 if you have any questions.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

Attachments:
Order dated 1/10/07, CA 06-655 JJF
Ck 47348 SCI
USDC Account Summary

cc: Financial Administrator, U.S. District Court
CA 06-655 JJF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BRADLEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-655-JJF |
| LIEUTENANT BRUMBAUGH, et al., | : |
| Defendants. | : |

### ORDER

NOW THEREFORE, at Wilmington this 10 day of January, 2007, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d. Cir. 1976).

2. The Motion For Appointment Of Counsel (D.I. 3) is **DENIED**.

3. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

*[signature]*
UNITED STATES DISTRICT JUDGE



RAYMOND E. BRADLEY V. BRUMBAUGH ET AL
CA 06-655-JJF
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/6/2006 | | | | 0 |
| 1/10/2007 | | PER ORDER JJF | 350 | 350 |

