To: Third Circuit Court for District Of Delaware

Re: Certificate Of Appealability
or
Notice Of Appeal

To Whom This May Concern:

With regards to the following:
Case Name: Bradley v. Brumbaugh et al
Case Number: 1:06-cv-655
Court: U.S. District Court, District of Delaware

On January 10, 2007, the U.S. District Court for the District of Delaware DISMISSED the above regarded Case/Complaint WITHOUT PREJUDICE, as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

I respectfully disagree - for legal reasons - with the "Dismissal," and therefore am seeking to challenge such in the 3rd Circuit Court. However, I do not know correct method of doing so. I have conducted research within the prison (SCI) law library, yet, I could not be appropriately instructed by "Paralegal Staff," (as they claim to

Page #2

not know the proper procedure), and as well, I was unable to find any clear instructions in document to guide me to know <u>whether the proper filing remedy</u> is a "Certificate of Appealability" or a "Notice of Appeal."

Thereof, I am – by this writing – seeking to officially file either of the one appropriate and necessary motions to challenge the Decision of Dismissal, and thus, I am requesting that you enter this writing on record... and reply to me with "PROPER INSTRUCTIONS."

Thank You,
Raymond E. Bradley
Raymond E. Bradley
SBI # 206914
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

I/M: *Mr. Raymond E. Bradley* BLDG: *Med./C-41*
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

*Legal Mail*

To: Clerk Of The Court
Third Circuit
21400 U.S Court House
601 Market Street
Philadelphia, PA 19106-1790

U.S. POSTAGE $00.390 JAN 26 07 PB 2230370 19947