IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAYMOND E. BRADLEY,

    Appellant,

v.　　　　　　　　　　　　　　　　Civ. Ac. No. 06-655-JJF

LIEUTENANT BRUMBAUGH,
et al,

    Appellee,

NOTICE OF APPEAL, and
TO PROCEED IN FORMA PAUPERIS

    COMES NOW, the Appellant, Raymond E. Bradley, Pro Se, filing notice to Appeal, to The United States Court Of Appeals - pursuant to Federal Rule of Appellate Procedure 3(a)(1) - the United States District Court's decision to dismiss his complaint claiming Civil Rights violation.

    Also, accompanying this notice is a "Request" to proceed in "Forma Pauperis" - pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A)(B)(4)(A)(B)(C) - where Appellant had already been granted "Prior Approval" to proceed by the District Court.

    Accordingly, Appellant submits (enclosed) "3" additional "Copies" guided by the premise that:

    1) He does not know of any cousel of record for the defendants in order to serve notice on them, and;

1

2) The case has never reached the point in challenge - having only been subject to review ~ wherefore, Appellant has never had occasion to serve notice of the 'complaint' on any defendants.

Respectfully Submitted,
Raymond E. Bradley
Raymond E. Bradley, SBI#206914
Appellant~Pro Se,
Sussex Corr. Institution
P.O. Box 500
Georgetown, DE 19947

#20914
I/M: Mr. Raymorde Bradley BLDG: Med. C-41
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

**FIRST CLASS MAIL**

Office of the Clerk
United States District Court
844 N. King street, Lockbox 18
Wilmington, Delaware 19801-3570

U.S.M.S
X-RAY