UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-1422

Bradley

vs.

Brumbaugh, et al.

Raymond E. Bradley, Appellant

(Delaware District Civil No. 06-cv-00655)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Clerk

Marcia M. Waldron, Clerk

Date: April 17, 2007

cc:
      Mr. Raymond E. Bradley
      Ophelia M. Waters, Esq.